FILED
2015 Oct-06  AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH CHRISTIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:15-cv-01072-JHE |
| CAVALRY PORTFOLIO SERVICES, LLC and CAVALRY SPV I, LLC, | ) ) ) ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, each party to bear his/its own costs.

**DONE** and **ORDERED** this 6th day of October 2015.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE